**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| J. Curtis Jones, | ) | Case No. 05-09096 |
| | ) | |
| Debtor. | ) | Hon. John D. Schwartz |

**NOTICE OF TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATIONS, AND
HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   United States Bankruptcy Court
          219 South Dearborn Street
          Courtroom 719
          Chicago, Illinois 60604

    On:   March 29, 2007      Time: 10:00 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court. **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3. The Trustees Final Report shows total:

    | | | |
    |---|---|---|
    | a. | Receipts | $12,864.55 |
    | b. | Disbursements | $0.00 |
    | c. | Net Cash Available for Distribution | $12,864.55 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Ronald R. Peterson Trustee | $0.00 | $2,036.46 | $122.01 |

1475604

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.
   Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| N/A | | $0.00 | $0.00 |

7. Claims of general unsecured creditors totaling $698,370.21 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 1.533009%. Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | The Privatebank and Trust Company<br>c/o Joel A. Stein<br>225 West Washington Street, 1700<br>Chicago, IL  60606 | $642,691.53 | $9,852.51 |
| 2 | Marshall Field<br>Acct No. 00003458229946<br>111 Boulder Industrial Drive<br>Bridgeton, MO  63044 | 436.15 | 6.69 |
| 3 | Chase Manhattan Bank USA, N.A.<br>Acct. No. 5183375200015620<br>c/o Recovery Payment<br>500 White Clay Center Drive<br>Newark, DE  19711 | 15,316.71 | 234.81 |
| 4 | Neiman Marcus<br>Acct. No. 04-3736-2464-2-2<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX  75374 | 166.71 | 2.56 |

2

1475604

| | | | |
|---|---|---|---|
| 5 | GE Money Bank<br>************5696<br>d/b/a ABT TV<br>c/o GE Consumer Finance<br>P.O. Box 960061<br>Orlando, FL  32896-0661 | 545.78 | 8.37 |
| 6 | RBS National Bank<br>Acct. No. 5545-1401-0497-5425<br>c/o eCAST Settlement Corporation<br>P.O. Box 35480<br>Newark, NJ  07193-5480 | 6,995.41 | 107.24 |
| 7 | Citibank (South Dakota) N.A.<br>Acct. No. 5466160011954987<br>c/o Citibank/CHOICE<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV  88901-6305 | 17,484.67 | 268.04 |
| 8 | MBNA America Bank N.A.<br>Acct. Nos. ************3309 and<br>************6462<br>P.O. Box 15168 MS 1423<br>Wilmington, DE  19850 | 14,733.25 | 225.86 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

10. The debtor has been discharged.

1475604

11. The Trustee proposes to abandon the following property at the hearing:

    0.00

Dated: <u>February 16, 2007</u>      For the Court,

    <u>KENNETH S GARDNER</u>
    Kenneth S. Gardner
    Clerk of the U.S. Bankruptcy Court
    219 S. Dearborn Street, 7th Floor
    Chicago, IL 60604

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
PH: (312) 923-2981
FAX: (312) 840-7381

4

1475604

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 1             Date Rcvd: Feb 16, 2007
Case: 05-09096                 Form ID: pdf002             Total Served: 23

The following entities were served by first class mail on Feb 18, 2007.
db          +J Curtis Jones,    855 Boal Parkway,    Winnetka, IL 60093-1307
aty         +Jayne Laiprasert,    Jenner & Block LLP,    One IBM Plaza,    Chicago, IL 60611-7603
aty         +Joel A Stein,    Deutsch Levy & Engel Chtd,    Suite 1700,    225 W. Washington Street,
              Chicago, IL 60606-3404
aty         +Joseph E Cohen, Atty,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
tr          +Ronald R Peterson,    Jenner & Block,    One IBM Plaza 38th Fl,    Chicago, IL 60611-3586
9357476     +Chase Manhattan Bank USA NA,    Recovery Payment,    500 White Clay Center Dr,
              Newark, DE 19711-5469
9042273      Chase NA,    100 Duffy Avenue,    Hicksville, NY 11801-3639
9042274      Citibank (South Dakota),    Exception Payment Processing,    P O Box 6305,
              The Lakes, NV 88901-6305
9042275      Citibank USA/ Home Depot,    110 Lake Drive,    Newark, DE 19702-3317
9042276      Citizens Bank,    1000 Lafayette Blvd,    dba Peoples Card Services,    Bridgeport, CT 06604-4725
9042277      Diners Club,    7958 South Chester Street,    Centennial, CO 80112-3426
9042278      GE Capital,    Cardholder Operations,    P.O. Box 276,    Dayton, OH 45401-0276
9487301     +GE Consumer Finance,    For GE Money Bank,    dba ABT TV,    P.O. Box 960061,
              Orlando, Florida 32896-0061
9042279    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114-0326)
9042280     +Janus, Lutz & Associates, CPA's,    1101 West 31st Street Suite 270,    Downers Grove, IL 60515-5616
9042282      MBNA America,    P.O. Box 15026,    Wilmington, DE 19850-5026
9617021     +MBNA America Bank, N.A.,    P O Box 15168 MS 1423,    Wilmington, DE 19850-5168
9042281     +Marshall Field's,    Retailers National Bank,    111 Boulder industrial Dr,
              Bridgeton, MO 63044-1241
9042283      Nations Bank/ Bank of America,    820 Silver Lake Blvd,    Dover, DE 19904-2464
9042284     +Neiman Marcus,    P O Box 740933,    Dallas, TX 75374-0933
9042285     +The Private Bank,    10 North Dearborn Street,    Suite 900,    Chicago, IL 60602-4276
9322725     +The PrivateBank and Trust Company,    c/o Joel A. Stein,    Suite 1700,    225 W. Washington Street,
              Chicago, IL 60606-3404
9506382     +eCAST Settlement Corporation,    POB 35480,    Newark, NJ 07193-5480

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Ecast Settlement Corporation
cr           Neiman Marcus
                                                                                                  TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 18, 2007**          **Signature:** *Joseph Speetjens*